ALBERT B. SAMBAT (CSBN 236472)
MICHAEL A. RABKIN (ILRN 6293597)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
michael.rabkin@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>IRMA GALVEZ,<br><br>            Defendant. | Case No.: CR-13-00414 PJH (KAM)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT APPEARANCE**<br><br>Date: December 13, 2016<br>Time: 9:30 a.m.<br>Courtroom: The Hon. Kandis A. Westmore |

The parties hereby stipulate and ask the Court to find and order as follows:

1. Defendant is currently scheduled to appear before this Court at 9:30 a.m. on December 13, 2016, for a change of plea hearing.

2. Counsel of record for Defendant Irma Galvez, Roger Patton, has a scheduling conflict at that time.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT APPEARANCE
*UNITED STATES V. IRMA GALVEZ;* CR 13-00414 PJH (KAM)

- 1 -

3. Counsel has been informed that the Court is available for the change of plea hearing on January 18, 2017, at 9:30 a.m. Counsel for the United States and counsel for Defendant stipulate and request that the hearing be continued to that date.

**SO STIPULATED:**

DATED: December 12, 2016

/s/ .
Roger Patton
Attorney for Irma Galvez

DATED: December 12, 2016

/s/ .
Michael Rabkin
Trial Attorney
United States Department of Justice
Antitrust Division

The Court hereby orders that the change of plea hearing scheduled for December 13, 2016, at 9:30 a.m. is continued to January 18, 2017, at 9:30 a.m.

**IT IS SO ORDERED:**

DATED: 12/13/16

*Kandis Westmore* .
The Honorable Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT APPEARANCE
*UNITED STATES V. IRMA GALVEZ;* CR 13-00414 PJH (KAM)